# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES, LP,
CROSSTEX LIG, LLC AND CROSSTEX
PROCESSING SERVICES, LLC

NO.  2020 CW 0142

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL

**MAY 21, 2020**

---

In Re:   Occidental Chemical Corporation, OXY USA, Inc., and
         Occidental Petroleum Corporation, applying for
         supervisory writs, 23rd Judicial District Court, Parish
         of Assumption, No. 34,202

---

**BEFORE:   McDONALD, HIGGINBOTHAM, AND THERIOT, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **TMH**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT